UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY HARALSON,

    Plaintiff(s),

v.                                  Case No: 8:08-CV-2540-T-30MAP

PETE GEREN, Secretary of the Army,
et al.,

    Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #4). The Plaintiff filed a Motion for Reconsideration and/or Rehearing, and Objections (Dkt. #6) as well as a Motion to Add Party to Petition Under Little Tucker Tort Act (Dkt. #5).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #4) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's request to proceed *in forma pauperis* (Dkt. #2) is DENIED.

3. This claim is DISMISSED without prejudice. Plaintiff may again file suit after he has exhausted all administrative remedies.

4. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 1, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2008\08-cv-2540.adopt 4.wpd